MEMORANDUM OPINION









 

 

 

 

 

 

 

 

MEMORANDUM OPINION

 

 

No. 04-08-00143-CR

 

Daniel
Rodriguez AVALOS,

Appellant

 

v.

 

The STATE of Texas,

Appellee

 

 

From the 290th Judicial
District Court, Bexar County, Texas

Trial Court No. 2004-CR-6454

Honorable Sharon
MacRae, Judge Presiding

 

PER CURIAM   

 

Sitting:            Alma L. López,
Chief Justice

                        Rebecca
Simmons, Justice

                        Steven
C. Hilbig, Justice

 

Delivered and
Filed:  May 28, 2008 

 

DISMISSED

 

Appellant has filed a motion to dismiss this appeal by withdrawing his notice of appeal.  The motion
is granted and this appeal is dismissed.  See Tex. R. App. P. 42.2(a).

                                                            PER
CURIAM

DO
NOT PUBLISH